William T. Eliopoulos (State Bar No. 100633)
weliopoulos@rutan.com
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, CA 94306-9814
Telephone: 650-320-1500
Facsimile: 650-320-9905

Mary Christine Brady (State Bar No. 325476)
mbrady@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, CA 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
CVIN, LLC dba VAST NETWORKS




UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAYO GROUP, LLC,

Plaintiff,

vs.

CVIN, LLC dba VAST NETWORKS,

Defendant.

Case No. 5:25-cv-03483-BLF

Hon. Beth Labson Freeman

**JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES [L.R. 6-2]**

Complaint Filed: April 21, 2025
Trial Date: Not Set

Pursuant to Civil Local Rule 6-2, defendant CVIN, LLC dba Vast Networks ("Defendant") and plaintiff Zayo Group, LLC ("Plaintiff"; collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed its operative complaint (the "Complaint") on November 24, 2025.

WHEREAS, on October 30, 2025 and November 21, 2025, the Court issued case management orders setting the trial date in this matter for May 10, 2027 and various other deadlines based off of that trial date. (Dkts. 35, 37.)

WHEREAS, the parties have been focusing their litigation efforts on mediation, and conducted a mediation with mediator John Hanover of June 26, 2026. The mediation, however, did not resolve this matter.

WHEREAS, the close of fact discovery is September 28, 2026. (Dkt. 37.)

WHEREAS, the close of expert discovery is January 29, 2026.

WHEREAS, the parties have been conducting discovery and focusing their efforts on mediation and resolving this litigation, and have met and conferred regarding extending the fact discovery deadline and modifying the expert disclosure deadlines, while maintaining the trial date and other deadlines as ordered by the Court.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The discovery events and deadlines are modified as follows:

| **Event** | **Deadline** |
|---|---|
| Close of Fact Discovery | December 30, 2026 |
| Deadline for exchange of opening expert reports | December 15, 2026 |
| Deadline for exchange of rebuttal expert reports | January 29, 2027 |
| Close of expert discovery | February 19, 2027 |

SO STIPULATED.

Dated: August 19, 2026

RUTAN & TUCKER, LLP
WILLIAM T. ELIOPOULOS
MARY CHRISTINE BRADY

By: */s/ Mary Christine Brady*
Mary Christine Brady
Attorneys for Defendant
CVIN, LLC dba VAST NETWORKS

Dated: August 19, 2026

GAW POE LLP

By: */s/ Randolph Gaw*
Randolph Gaw
Attorneys for Plaintiff
ZAYO GROUP, LLC

**LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Mary Christine Brady, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND TIME FOR DEFENDANT CVIN, LLC dba VAST NETWORKS TO RESPOND TO COMPLAINT. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Randolph Gaw concurs in and has authorized this filing.

Dated: August 19, 2026

RUTAN & TUCKER, LLP
WILLIAM T. ELIOPOULOS
MARY CHRISTINE BRADY

By: */s/ Mary Christine Brady*
Mary Christine Brady
Attorneys for Defendant
CVIN, LLC dba VAST NETWORKS