UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

ZAYO GROUP, LLC,
Plaintiff,

v.

CVIN, LLC,
Defendant.

Case No. 25-cv-03483-BLF (SVK)

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH AUGUST 21, 2026 ORDER**

Re: Dkt. No. 60

Before the Court is the Parties' Joint Discovery Submission regarding Plaintiff's request to compel Defendant to produce documents as ordered in a prior discovery order. Dkt. 60; *see*, Dkt. 54 ("Prior Order"). Having received multiple rounds of briefing and held a lengthy oral argument, the Court is well aware of the record that led to the Prior Order and now this subsequent motion. The Court does not need any further briefing or a hearing. Civ. L.R. 7-1(b).

The Prior Order required production of communications between two principals on a limited set of topics: schedule of repayments, payment deadlines or completion deadlines in the context of the loan agreement. Dkt. 54 at 7. Defendant represents to the Court that it searched for responsive communications between the two principals and found none. Dkt. 60 at 5-6. Plaintiff insists that such documents must exist and asks the Court to Order production <u>not</u> of the allegedly withheld documents but of a far broader set of communications to or from yet another principal who was never addressed in the preceding motion or Prior Order. Plaintiff also seeks further sanctions for bringing the instant motion. Dkt. 60 at 5.

Plaintiff's requests are **DENIED**. Beyond Plaintiff's disbelief, incredulity and speculation as to Defendant's representations, there simply is an insufficient *factual* basis to warrant further action by this Court as to the production of communications pursuant to the Prior Order. Similarly, there is no basis on the record before the Court to compel production of previously

unidentified documents from a previously unidentified principal. Finally, the Court will entertain no further motions or requests arising out of RFP 26 or the Prior Order. Those disputes have been laid to rest.

**SO ORDERED.**

Dated: September 22, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California