UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAYO GROUP, LLC,

Plaintiff,

v.

CVIN, LLC,

Defendant.

Case No. 25-cv-03483-BLF (SVK)

**ORDER GRANTING CVIN LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. Nos. 75, 77

The Court having considered Defendant CVIN LLC's Administrative Motions, and good cause appearing therefore, **ORDERS** that the unredacted versions of the Joint Statement re CVIN's Motion for a Protective Order re Fourth Set of Requests for Production of Documents [Dkt. 75-1] and the Amended Joint Statement [Dkt. 77-1] shall remain under seal. The redacted versions of the Joint Statement [Dkt. 76] and the Amended Joint Statement [Dkt. 78] only redact portions of the non-dispositive Joint Statement that contain confidential, non-public loan and financing information in a way that is narrowly tailored.

**SO ORDERED.**

Dated: November 13, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California